**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN CARLOS AMEZQUITA, | ) | CASE NO. ED CV 12-00102 RZ |
| Plaintiff, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: October 26, 2012

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE